1

2 I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
3 (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-1-12

4
DEPUTY CLERK

5

```
FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            R            DEPUTY
```

6

7

8

9                     UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11  SALVADOR CHAVO MARQUEZ,        )  Case No. SACV 11-0913-PSG (JPR)
                                   )
12              Petitioner,        )  ORDER ACCEPTING FINDINGS
                                   )  AND RECOMMENDATIONS
13      vs.                        )  OF U.S. MAGISTRATE JUDGE
                                   )
14  A. HEDGEPETH, Warden,          )
                                   )
15              Respondent.        )
    _____)

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18  Petition, records on file, and Report and Recommendation of the U.S.

19  Magistrate Judge.  No objections to the Report and Recommendation

20  have been filed.  The Court accepts the findings and recommendations

21  of the Magistrate Judge.

22        IT THEREFORE IS ORDERED that (1) the Petition is denied without

23  leave to amend; (2) Petitioner's request for an evidentiary hearing

24  is denied; and (3) Judgment be entered dismissing this action with

25  prejudice.

26

27  DATED:    February 29, 2012    _____
                                    PHILIP S. GUTIERREZ
                                    UNITED STATES DISTRICT JUDGE

28