I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-1-12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY         R         DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CHAVO MARQUEZ, ) | Case No. SACV 11-0913-PSG (JPR) |
| Petitioner, ) | ORDER ACCEPTING FINDINGS |
| vs. ) | AND RECOMMENDATIONS |
| A. HEDGEPETH, Warden, ) | OF U.S. MAGISTRATE JUDGE |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend; (2) Petitioner's request for an evidentiary hearing is denied; and (3) Judgment be entered dismissing this action with prejudice.

DATED: February 29, 2012

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE